UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELIZABETH FRIEDMAN on behalf of herself and all others similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>DREXEL UNIVERSITY,<br><br>          Defendant. | Civil Action No. 3:20-cv-5147<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Elizabeth Friedman hereby dismisses without prejudice all claims in this action against Defendant Drexel University.

Dated: July 6, 2020

It is so ordered this 7 day of July, 2020

*Anne E. Thompson*
Anne E. Thompson, U.S.D.J.

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: */s/ Andrew Obergfell*
      Andrew Obergfell

Andrew Obergfell
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: aobergfell@bursor.com

**BURSOR & FISHER, P.A.**
Sarah N. Westcot *(pro hac vice* app. forthcoming*)*
701 Brickell Ave, Suite 1420
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
Email: swestcot@bursor.com

*Attorneys for Plaintiff*